# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY L. TURNER

NO. 2026 KW 0160

**APRIL 8, 2026**

---

In Re:   Randy L. Turner, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 717086.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.